**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7606

TONY D. COOPER,

             Plaintiff - Appellant,

      v.

SOUTHAMPTON COUNTY JAIL,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:07-cv-00458-RAJ)

Submitted:  February 21, 2008      Decided:  February 26, 2008

Before MOTZ and GREGORY, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Tony D. Cooper, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony D. Cooper appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that his appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Cooper v. Southampton County Jail, No. 2:07-cv-00458-RAJ (E.D. Va. Oct. 12, 2007). We also deny Cooper's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED